✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 2 4 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 13-04180M-001-PCT-MEA |
| v. | CR 11-01210-ODW |
| Dani Smith aka Dani McLeod | **WARRANT FOR ARREST** |
| Defendant(s). | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Dani Smith aka Dani McLeod and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☐ Indictment ☐ Information ☑ Order of Court ☐ Violation Petition ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)
FAILURE TO APPEAR

in violation of Title 18 United States Code, Section(s) 3146

| Terry Nafisi | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | May 21, 2013   Los Angeles |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| /s/ English | By: Otis D. Wright, II |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

_____

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

| CR-12 (08/10) | WARRANT FOR ARREST | Page 1 of 2 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

Case No.  CR 11-01210-ODW                                    Date  May 21, 2013

Present: The Honorable  OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE

Interpreter

| Juileta Lozano /Sheila English | Katie Thibodeaux | Amanda Miller Bettinelli |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Dani Smith | Not | | X | Fredrico McCurry | X | X | |

Proceedings:    STATUS CONFERENCE RE TRIAL

Case called, appearances made. Defendant Dani Smith, on bond, failed to appear.

The Court ordered the forthwith issuance of a Bench Warrant.

Government counsel informs the court of a proposed amendment to the Information to delete references to Ventura County and replace with Santa Barbara County, on all three counts. This change will be reflected in the Superseding Information.

Later: Government orally moves, unopposed, for the immediate deposition of U.S. Air Force Sgt. Yargus under Fed. R. Crim. Proc. Rule 15. Sgt Yargus is to be deployed to Afghanistan. The motion was granted based on these exceptional circumstances so as to preserve the witness's testimony for trial. The deposition was conducted and concluded under the court's supervision.

IT IS SO ORDERED.

                                                                    00  :  30
                                          Initials of Deputy Clerk    se/jloz