# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## OFFICE OF THE CLERK

**BRIAN KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

Visit our website at www.azd.uscourts.gov



☐ FILED  ☐ LODGED
☑ RECEIVED  ☐ COPY

DEBRA D. LUCAS
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118
BY MICHAEL S. O'BRIEN DEPUTY
CHIEF DEPUTY CLERK

EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

June 24, 2013

United States District Court
Central District of California
312 North Spring Street, Room G8
Los Angeles, CA 90012
Attn: Clerk of Court

RE: USA v. Dani Smith (aka: Dani McLeod)
Your case number: CR11-01210-ODW
Arizona case number: 13-04180M-001-PCT-MEA

Dear Clerk of the Court:

The above charge originated in your district. The defendant has appeared before Magistrate Judge Mark E. Aspey in Flagstaff, Arizona. The following action has been taken.

☒ U S MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.

☐ THE DEFENDANT HAS BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON:

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.azd.uscourts.gov. Any documents not available electronically are enclosed in paper format along with a copy of the docket sheet and either the Order to Appear or the Commitment to Another District.
Please acknowledge receipt on the enclosed copy of this letter and return to the Flagstaff office at 123 N. San Francisco, Suite 200, Flagstaff, AZ 86001.

Sincerely,

BRIAN KARTH,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By: s/ Christina S. Hurley
Christina S. Hurley
Deputy Clerk

Enclosures

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*